# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE PECINA,<br><br>　　　　　　Defendant. | Case No. 2:16-cr-00343-KJD-NJK<br><br>ORDER<br><br>(Docket Nos. 25, 26, 27, 28) |

On March 8, 2017, while represented by counsel, Defendant Jose Pecina filed a *pro se* motion to suppress, Docket No. 25; a *pro se* motion for pre-trial release, Docket No. 26; a *pro se* motion for *Franks* hearing, Docket No. 27; and a *pro se* motion to dismiss, Docket No. 28.

A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filings, Docket Nos. 25, 26, 27, and 28, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: March 13, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge