# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00343-KJD-NJK |
| vs. | ORDER SETTING HEARING |
| JOSE PECINA, | (Docket No. 49) |
| Defendant. | |

Pending before the Court is Defendant Jose Pecina's motion to dismiss counsel and appoint new counsel. Docket No. 49. The Court hereby sets the motion for hearing on February 22, 2018, at 10:00 a.m. in courtroom 3C. Defendant and his counsel are required to be present in the courtroom at the hearing.

IT IS SO ORDERED.

DATED: February 20, 2018.

NANCY J. KOPPE
United States Magistrate Judge